Robert E. Maloney Jr., OSB No. 670856
maloneyr@lanepowell.com
Hank Stebbins, OSB No. 154276
stebbinsh@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLI JARRELL, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>VOLUNTEERS OF AMERICA OF OREGON, INC., a domestic nonprofit corporation,<br><br>       Defendant. | Case No. 3:19-cv-02059-IM<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the parties have performed their respective terms and conditions under their settlement agreement and, that pursuant to their settlement agreement, this action shall be dismissed with prejudice, and with each party bearing its own costs and attorney fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

PAGE 1 –   STIPULATED JUDGMENT OF DISMISSAL

706758.0039/8374878.1

IT IS THEREFORE ORDER AND ADJUDGED that the above-captioned matter is dismissed with prejudice and without costs or fees to any party.

DATED   March 3, 2021

*Karin J. Immergut*
THE HONORABLE KARIN J. IMMERGUT
United States District Court Judge


IT IS SO STIPULATED:

CRISPIN EMPLOYMENT LAW PC                    LANE POWELL PC


By: */s/ Ashley A. Marton*                           By: */s/ Robert E. Maloney, Jr.*
    Craig A. Crispin, OSB No. 824852              Robert E. Maloney Jr., OSB No. 670856
    Ashley A. Marton, OSB No. 171584              Hank Stebbins, OSB No. 154276
    Telephone:  503.293.5770                      Telephone:  503.778.2100
    Email:  crispin@employmentlaw-nw.com          Email:  maloneyr@lanepowell.com
        ashley@employmentlaw-nw.com              stebbinsh@lanepowell.com
    *Attorneys for Plaintiff*                     *Attorneys for Defendant*


Dated:  March 1, 2021                          Dated:  March 1, 2021

PAGE 2 –   STIPULATED JUDGMENT OF DISMISSAL

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

706758.0039/8374878.1